IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CRAIG RICHARD,** | 2:21-cv-0975 KJN P |
| Plaintiff, | **ORDER** |
| v. | |
| **JOSEPH, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion to opt out of the Post-Screening ADR Project. (ECF No. 19.) Good cause appearing, defendants' motion is granted.

Plaintiff filed a motion for a settlement conference. (ECF No. 17.) Plaintiff's motion is denied because both parties do not agree to a settlement conference.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 19) is granted;
2. Plaintiff's motion for a settlement conference (ECF No. 17) is denied;
3. The stay of this action is lifted; and

4. Defendants shall file a responsive pleading within fourteen days from the date of this order.

Dated: September 16, 2021

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rich975.opt