UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH, et al.,<br><br>　　　　Defendants. | No.  2: 21-cv-0975 KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion to file an amended complaint. (ECF No. 24.)  For the reasons stated herein, plaintiff's motion is denied.

　　　　Plaintiff did not file an amended complaint in support of the motion to amend. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. For this reason, plaintiff's motion to amend is denied.

　　　　In addition, plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete.  Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading.  This requirement exists because, as a general rule, an amended complaint supersedes the original complaint.  See Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) ("an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'" (internal citation

omitted)). Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend (ECF No. 24) is denied.

Dated: December 14, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rich975.ame