IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CRAIG RICHARD,**<br><br>                                   Plaintiff,<br><br>v.<br><br>**JOSEPH, et al.,**<br><br>                                   Defendants. | 2:21-cv-0975 KJN P<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

Pending before the court is defendants' motion to modify the Discovery and Scheduling Order to extend the dispositive motion deadline 98 days, up to and including August 19, 2022.

Good cause appearing, IT IS HEREBY ORDERED that defendants' motion (ECF No. 38) is granted; the deadline to file dispositive motions is reset to August 19, 2022.

Dated:  May 17, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rich975.eot(d)

1

[Proposed] Order Granting Defs.' Mot. to  Amend Scheduling Order (2:21-cv-0975 KJN P)