UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD,<br><br>           Plaintiff,<br><br>     v.<br><br>JOSEPH, et al.,<br><br>           Defendants. | No.  2: 21-cv-0975 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 23, 2022, plaintiff filed a pleading containing an opposition to defendants' motion to modify the scheduling order, a request for a settlement conference and a request for an order directing defendant Spaulding to stop retaliating against plaintiff.  (ECF No. 42.)  The undersigned addresses these matters herein.

Opposition to Defendants' Motion to Modify the Scheduling Order

On May 12, 2022, defendants filed a motion to modify the scheduling order.  (ECF No. 38.)  Defendants requested that the dispositive motion deadline be reset to August 19, 2022.  (Id.)  On May 18, 2022, the undersigned granted defendants' motion to modify the scheduling order and reset the dispositive motion deadline to August 19, 2022.  (ECF No. 39.)

Plaintiff filed his opposition to defendants' motion to modify the scheduling order after the undersigned granted defendants' motion.  After reviewing plaintiff's opposition, the

undersigned affirms the order granting defendants' motion to modify the scheduling order.

Plaintiff's Request for a Settlement Conference

Plaintiff requests that the court set a settlement conference. The undersigned cannot set a settlement conference unless all parties consent to participate. Because defendants have not consented to participate in a settlement conference, plaintiff's request for a settlement conference is denied.

Alleged Retaliation by Defendant Spaulding

Plaintiff alleges that defendant Spaulding retaliated against plaintiff for filing this action on two occasions. Plaintiff requests that defendant Spaulding be ordered to stop retaliating against plaintiff. The undersigned construes this request as a request for a preliminary injunction.

In the pending request, plaintiff alleges that on November 22, 2021, defendant Spaulding demanded plaintiff move the shower curtain in the stall where plaintiff was showering so defendant Spaulding could see plaintiff. Plaintiff alleges that plaintiff pulled back the shower curtain and defendant Spaulding said, "That's better." Plaintiff alleges that defendant Spaulding does not work in the building where plaintiff lives and had to make a special trip to locate plaintiff in the shower.

Attached to plaintiff's pending request is a declaration by inmate Garland Proctor stating that on November 22, 2021, defendant Spaulding entered Building E-D and requested to know the whereabouts of plaintiff. Inmate Proctor states that after being informed that plaintiff was in the shower, defendant Spaulding approached plaintiff in the shower. Plaintiff also attaches a declaration by inmate Randall Zackery stating that on November 22, 2021, defendant Spaulding made plaintiff remove the shower curtain.

Plaintiff alleges that on May 16, 2022, at between 1:00 and 1:20 p.m., plaintiff went to the nurses station in E Facility to retrieve his medication. Plaintiff alleges that as soon as Nurse Abu left to retrieve plaintiff's medication, defendant Spaulding mumbled obscenities toward plaintiff and made plaintiff leave without his medication. Plaintiff alleges that defendant Spaulding then followed plaintiff all the way to his assigned building while mumbling obscenities. Plaintiff alleges that he reported defendant Spaulding's harassment/retaliation to Officer Dominguez.

Plaintiff told Officer Dominguez that defendant Spaulding is a defendant in a lawsuit filed by plaintiff.

Plaintiff alleges that he told defendant Spaulding that he would be filing a complaint against him and notifying the court. Attached to plaintiff's request is a staff complaint filed by plaintiff regarding the May 16, 2022 incident. In the staff complaint, plaintiff wrote that defendant screamed at plaintiff while he was at the nurse's station getting his medication. In the staff complaint, plaintiff wrote that defendant Spaulding told plaintiff that he did not "give a damn" about plaintiff or his meds and that plaintiff would regret filing a lawsuit against him. In the staff complaint, plaintiff wrote that defendant Spaulding then knocked on the nurses station door and asked Nurse Abu if plaintiff had permission to get his meds. Plaintiff wrote that Nurse Abu then closed the door and proceeded to get plaintiff's meds. Defendant Spaulding then told plaintiff to, "get the hell out of here."

Plaintiff requests that defendant Spaulding be ordered to stop retaliating against plaintiff by way of threats and intimidation for filing this action. Defendants are ordered to file a response addressing plaintiff's allegations that defendant Spaulding retaliated against plaintiff for filing this action on November 22, 2021, and May 16, 2022.

Accordingly, IT IS HEREBY ORDERED that:

1. Upon consideration of plaintiff's opposition to defendants' motion to modify the scheduling order, the May 18, 2022 order granting defendants' motion to modify the scheduling order is affirmed;
2. Plaintiff's request for a settlement conference (ECF No. 42) is denied;
3. Within twenty-one days of the date of this order, defendants shall file a response to plaintiff's allegations of retaliation by defendant Spaulding.

Dated: May 31, 2022

Rich975.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3