1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

12
    **CRAIG RICHARD,**                          Case No. 2:21-cv-0975 KJN P
13
                                    Plaintiff,   **ORDER GRANTING DEFENDANTS'**
14                                               **NOTICE OF REQUEST TO SEAL**
                                                 **DOCUMENTS**
15           **v.**

16   **JOSEPH, et al.,**

17                                  Defendants.

18

19         Defendants J. Spaulding and C. Joseph filed a request to seal an exhibit to their motion for

20   summary judgment, specifically, a memorandum concerning an investigation of a complaint

21   made by Plaintiff Richard.  As set forth in the Defendants' moving papers, there is a proper basis

22   to seal the memorandum.  Accordingly, the memorandum shall be sealed.

23         In the request to seal, defendants also request that the undersigned order that plaintiff shall

24   not take possession of the sealed memorandum, but may contact the California Health Care

25   Facility litigation office to view the memorandum solely for the purposes of this litigation.  On

26   January 23, 2023, the undersigned ordered defendants to serve plaintiff with the redacted PREA

27   investigation documents.  But for one minor redaction, defendants served plaintiff with the

28   memorandum they now request be sealed.  Therefore, because plaintiff possesses this document,

                                              1

1   defendants' request for an order that plaintiff be allowed to view the memorandum in the

2   litigation office is denied as unnecessary.

3       Accordingly, for the reasons discussed above, IT IS HEREBY ORDERED that defendants'

4   request to seal the internal memorandum regarding defendant Spaulding's investigation and

5   interview of plaintiff concerning plaintiff's complaint against defendant Joseph (ECF No. 64) is

6   granted.

7   Dated:  March 3, 2023

8                                                _____

9                                                KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14
    Rich975.seal
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2