UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH , et al.,<br><br>　　　　Defendants. | No.  2: 21-cv-0975 DAD KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' motion to strike plaintiff's supplemental opposition.  (ECF No. 81.)  For the reasons stated herein, defendants' motion to strike is denied.

　　　On January 23, 2023, the undersigned granted plaintiff forty-five days to file a supplemental opposition to defendants' summary judgment motion.  (ECF No. 75.)  On February 8, 2023, plaintiff filed a supplemental opposition.  (ECF No. 79.)  On March 2, 2023, defendants filed the pending motion to strike plaintiff's supplemental opposition.  (ECF No. 81.)  Defendants contend that plaintiff's supplemental opposition is not authorized.  (Id.)

　　　The January 23, 2023 order authorized plaintiff to file a supplemental opposition.  For this reason, defendants' motion to strike is denied.

////

1

1  Accordingly, IT IS HEREBY ORDERED that defendants' motion to strike plaintiff's
2  supplemental opposition (ECF No. 81) is denied.
3  Dated: March 29, 2023

*[signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rich975.str