UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD,<br><br>             Plaintiff,<br><br>      v.<br><br>JOSEPH, et al.,<br><br>             Defendants. | No. 2:21-cv-0975 DAD KJN P<br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The court finds the appointment of counsel for plaintiff warranted.  Justin A. Palmer has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Justin A. Palmer is appointed as plaintiff's counsel in the above titled matter.
2. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

////

////

////

////

3. The Clerk of the Court is directed to serve a copy of this order on Justin A. Palmer, Filer/Palmer LLP, 249 E. Ocean Blvd., Suite 501, Long Beach, CA 90802.

Dated: April 28, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rich0975.31