## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD,<br>　　　　　Plaintiff,<br>　v.<br><br>JOSEPH, et al.,<br>　　　　　Defendants. | No. 2:21-cv-00975-DAD-KJN (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

Craig Richard, inmate no. J-36916, a necessary and material witness in proceedings in this case on September 5, 2023, is confined in California Health Care Facility, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Judge Jeremy D. Peterson, to appear by Zoom video conference from their place of confinement, on September 5, 2023, at 10:00 AM.

　　　Accordingly, IT IS ORDERED that:

　　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the custodian to produce the inmate named above, by Zoom video conference, to participate in court proceedings at the time and place above, until completion or as ordered by the court.  Zoom video conference connection information will be supplied via separate email;

　　　2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

　　　3.  The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California Health Care Facility at 209-467-2676 or via email; and

　　　4.  Any difficulties connecting to the Zoom video conference shall immediately be reported to Nic Canarozzi, Courtroom Deputy, at ncannarozzi@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of California Health Care Facility, 7707 Austin Road, Stockton, California 95215:**

**WE COMMAND** you to produce the inmate named above to testify at the time and place above, by Zoom video conference, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  July 21, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

rich0975.841.zoom