1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  PREETI K. BAJWA, State Bar No. 232484
   Supervising Deputy Attorney General
3  JOHN W. FAULCONER, State Bar No. 298015
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone: (415) 510-4481
    Fax:  (415) 703-5480
6   E-mail:  John.Faulconer@doj.ca.gov
   *Attorneys for Defendant*
7  *C. Joseph*

   JUSTIN A. PALMER, SBN 270857
   FILER | PALMER, LLP
   249 E Ocean Boulevard, Suite 501
   Long Beach, CA 90802
   Phone: (562) 304-5200
   Fax: (562) 394-0504
   E-mail: Justin@filerpalmer.com
   Attorneys for Plaintiff
   *Craig Richard*

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                              SACRAMENTO DIVISION

11

12

13  **CRAIG RICHARD,**                         2:21-cv-00975-DAD-KJN (PC)

14                              Plaintiff,     **JOINT STIPULATION AND
                                               [PROPOSED] ORDER REQUESTING**
15           v.                                **CONTINUANCE OF SETTLEMENT
                                               CONFERENCE**
16  **JOSEPH, et al.,**
                                               Judge:        The Honorable Jeremy D.
17                              Defendants.                  Peterson
                                               Trial Date:   April 29, 2024
18                                             Conference:   September 5, 2023
                                                             10:00 a.m.
19                                             Action Filed: June 2, 2021

20          TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF

21  RECORD:

22          Plaintiff Craig Richard and Defendant C. Joseph, (collectively "the Parties"), through

23  their respective attorneys of record, hereby stipulate and request the Court to continue the

24  settlement conference scheduled for September 5, 2023, to September 27, 2023.

25          Good cause exists to continue the settlement conference.  Defendant is in the process of

26  producing previously redacted documents to Plaintiff's Counsel, subject to an appropriate

27  protective order, which could inform the Parties of the analysis of the case and effect the

28  conference.  Further, Richard has recently been transferred to Mule Creek State Prison from

1

Stip. To Cont. Settlement Conf. and ~~Proposed~~ Order

1  California Health Care Facility (CHCF), and the previous Writ for Habeas Corpus Ad

2  Testificandum By Video (ECF No. 94) was served on the Warden of CHCF.

3      The Parties also request that the deadline to provide a confidential settlement conference

4  and the date of the pre-settlement conference be reset in accordance with the new settlement

5  conference date.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

10  Dated:  August 23, 2023             FILER | PALMER, LLP

12                                 By:    /s/ JUSTIN PALMER
                                     JUSTIN A. PALMER
                                        *Attorneys for Plaintiff, Craig Richard*

15  Dated: August 23, 2023                  /s/ JOHN FAULCONER
                                   JOHN W. FAULCONER
                                   Deputy Attorney General
16                                    *Attorneys for Defendant Joseph*

17  SF2021401517
    43848600.docx

**ATTESTATION**

22      I, John W. Faulconer, am the ECF user whose user ID and password authorized the filing

23  of this document.  I attest that all signatories to this document have concurred in this filing.

25  Dated August 23, 2033                       */s/ John W. Faulconer*
                                     John W. Faulconer

# [~~PROPOSED~~] ORDER

Based on the Joint Stipulation of the parties, and good cause appearing therefor, **IT IS ORDERED** that the Settlement Conference currently set for September 5, 2023, be continued to September 27, 2023, at 10:00 a.m.  Each party much submit a confidential settlement conference statement, as described in ECF No. 92, no later than September 13, 2023.  A pre-settlement conference, as described in ECF No. 92, is set before Magistrate Judge Peterson on September 21, 2023, at 2:00 p.m.

Dated:  August 24, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3

Stip. To Cont. Settlement Conf. and ~~Proposed~~ Order